[No. 4236.   Decided September 9, 1902.]

O. A. THOMPSON *et ux.*, *Respondents*, *v.* HANNAH M. BENSON, *Appellant.*

Appeal from Superior Court, Lincoln County.—Hon. CHARLES H. NEAL, Judge. Affirmed.

*Myers & Warren*, for appellant.

*Martin & Grant*, for respondents.

PER CURIAM.—There is nothing involved in this case but a pure question of fact. The evidence is conflicting and it would benefit no one to enter into discussion or analysis of the testimony, but from a perusal of the whole record we do not feel disposed to set aside the judgment of the court before whom the witnesses appeared and testified. The judgment will, therefore, be affirmed.